

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AUBREY DOUGLAS RAY, *et al.*, | ) CASE NO.: 1:09 CV 714 |
| Plaintiffs, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| FORD MOTOR COMPANY, et al., | ) |
| | ) **JUDGMENT ORDER** |
| Defendants. | ) |

For the reasons set forth in the Court's Memorandum Opinion and Order, the Defendants' Motions' to Dismiss (ECF #12, 15) are hereby GRANTED. This case is dismissed with prejudice, each party to bear its own costs. IT IS SO ORDERED.

*[signature]*
Judge Donald C. Nugent
United States District Judge

Date: December 11, 2009